# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-0923

_____

WILLIAM S. PARKER,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Holmes County.
Christopher N. Patterson, Judge.

July 2, 2024

PER CURIAM.

   AFFIRMED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender, and David Alan Henson, Assistant Public Defender, Tallahassee, for Appellant; William S. Parker, pro se, Appellant.

Ashley Moody, Attorney General, and David Welch, Assistant Attorney General, Tallahassee, for Appellee.